UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TAGIR SHIKHKERIMOV,

Petitioner,

v.

TODD BLANCHE, Attorney General,

Respondent.

No. 26-1914

Agency No. A221-077-139

ORDER

The motion (Docket Entry No. 22) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until November 16, 2026. If no motion or further relief is filed before this date, the stay of appellate proceedings will be lifted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT